INTERNATIONAL REALTY ASSOCIATES, INCORPORATED, *Appellant*, v. W. D. McADOO, NINA McADOO, AND TITLE HOLDING COMPANY, A CORPORATION, *Appellees*.

Opinion Filed January 10, 1924.

An order below denying cancellation, equitable lien and accounting being affirmed by this Court, the matter of the dismissal of the notice of *lis pendens* becomes immaterial to appellant's cause, there being ·no other relief sought.

An Appeal from the. Circuit Court for· Pinellas County; M. A. McMullen, Judge.

Order affirmed.

*Crockett Owen* and *E. M. Oliver*, for Appellant;

*John F. Burkett* and *MacFarlane & MacFarlane*, for Appellees.

TERRELL, J.—The transcript of the record of proceedings in this ·case is identical in every detail to that in International Realty Associates v. McAdoo, et al., decided this

term, except as to the questions presented for consideration of this court.

In the last entitled case, error was assigned on the order of the chancellor sustaining the demurrer to the bill of complaint and dismissing same, the effect of which order was to deny cancellation, equitable lien and accounting.

In this case the sole error assigned is the order of the chancellor dismissing the notice of *lis pendens* filed herein.

Appellant contends that the notice of *lis pendens* should have remained of record and been effective until final disposition of the cause by the Appellate Court.

This is a question that permits much discussion and on which the authorities are divided. If the judgment of the court below in the former appeal denying cancellation, equitable lien and accounting had been reversed the dismissal of the notice of *lis pendens* would have been very material to appellant's cause, but since the order of the court below in the former appeal has been affirmed, the effect of which is to deny cancellation, equitable lien and accounting, the matter of the dismissal of the notice of *lis pendens* becomes immaterial to the appellants here and is therefore not decided.

The order of the Circuit Court of Pinellas County is affirmed.

WHITFIELD, P. J., AND WEST, J., concur.

TAYLOR, C. J., AND ELLIS AND BROWNE, J. J., concur in the opinion.